C. Ludwig Baumann & Company, Brooklyn, Respondent, v. Amelia Baumann and Others, Appellants.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

Brooklyn Majestic Theatre Company, Appellant, v. Hyde & Behman Amusement Company, Respondent. — In the decision of this case (163 App. Div. 917) the opinion of the Appellate Division in the First Department in *Selwyn & Co.* v. *Waller* (160 App. Div. 725) was not cited to this court by either party to this appeal, nor did this court take cognizance and base its decision on the authority thereof.  In our opinion the case at bar is distinguishable from that case as finally decided by the Court of Appeals,* in the important element that here the plaintiff knew of the lease that was about to be made, and in fact had to expressly consent to it that it might be made, and did so consent.  If it did not inquire as to the terms that were to be exacted under said lease, in our opinion, it has only its own failure to complain of.  The motion for reargument is denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

In the Matter of William J. Auser v. The Town Board of the Town of New Castle.— Motion granted, with costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

In the Matter of the Application of John T. Bladen and Ellen Haslett Samuel, as Committee of the Person of Samuel E. Haslett, an Incompetent Person, etc.— Motion granted, without costs.  Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.; Burr, J., taking no part.

In the Matter of Opening and Extending Washington Avenue, from the East River to Jackson Avenue, in the First Ward, Borough of Queens. — Motion to dismiss appeal upon the ground that the appellant is not a person aggrieved granted, without costs.  Present — Burr, Thomas, Carr and Stapleton, JJ.; Jenks, P. J., taking no part.

In the Matter of the Judicial Settlement of the Accounts of Henry R. C. Watson, as Sole Surviving Executor, etc., of William Watson, Deceased.— Motion denied, without costs, for the reason that what are labeled second and third findings of fact are really conclusions of law.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Malcolm Ross Matheson, as Substituted Trustee, etc., of Richard J. Stainton, Deceased, Respondent, v. Ottilie Mente and Others, Appellants. — On consent of respondent, motion granted as of the time of the entry of the order sought to be amended, without costs.  Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.  Order to be settled before Mr. Justice Thomas.